IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROOSEVELT FRANKLIN,

     Plaintiff,                   No. 2:10-cv-1147 MCE JFM (PC)

    vs.

MIKE MCDONALD, Warden, et al.,

     Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2010, plaintiff was informed that the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official pursuant to 28 U.S.C. § 1915. On July 14, 2010, plaintiff filed a trust found account statement but has again failed to file the certificate portion of the in forma pauperis application that has been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, the certificate portion of the in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: August 30, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;roos1147.3e